No. 80. MAMMOTH COAL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Bernard G. Segal* and *Edward W. Mullinix* for petitioner. *Simon E. Soboloff,* then Solicitor General, *Assistant Attorney General Rice, Hilbert P. Zarky* and *Marvin W. Weinstein* for respondent.

No. 85. BOBERTZ *v.* GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied. *Gregory S. Dolgorukov* for petitioner. *George L. DeMott* for respondent.

No. 87. HINES *v.* FRED JONES CO. C. A. 10th Cir. Certiorari denied. *Neal E. McNeill* for petitioner. *Truman B. Rucker* for respondent.

No. 90. MCCLANAHAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joseph W. Cash* and *David Bland* for petitioner. *Simon E. Soboloff,* then Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 93. LIDDON ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *John J. Hooker* and *K. Harlan Dodson, Jr.* for petitioners. *Simon E. Soboloff,* then Solicitor General, *Assistant Attorney General Rice* and *Harry Baum* for respondent.

No. 96. DART EXPORT CORP. ET AL. *v.* UNITED STATES. United States Court of Customs and Patent Appeals. Certiorari denied. *Henry P. Dart, III* for petitioners. *Simon E. Soboloff,* then Solicitor General, *Assistant At-*